# EXHIBIT D

Tesoro High Plains Pipeline Company LLC
19100 Ridgewood Parkway
San Antonio, Texas 78259

October 9, 2017

Basin Transload, LLC
Attn: Mark Romaine, Chief Operating Officer
800 South Street, Suite 200
Waltham, MA 02453
***Via UPS***
***Email:*** mromaine@globalp.com

Re: Revised Notice of Termination of Construction And Indemnity Agreement dated March 31, 2014 (Beulah Tie-In) (the "Agreement") and Final Invoice for Payment of Revenue Deficiency

Dear Mr. Romaine:

Tesoro High Plains Pipeline Company LLC ("THPP") and Basin Transload, LLC ("Basin") are parties to the captioned Agreement. Any terms not defined herein shall have the meaning set forth in the Agreement.

THPP provided Basin with a Notice of Termination of the Agreement dated August 23, 2017 (the "Notice"). Following receipt of the Notice, the parties entered into good faith negotiations related to potential business alternatives regarding the Notice. By letter agreement dated September 5, 2017 (the "Extension Letter"), THPP agreed to extend the date for termination of the Agreement until October 6, 2017 while the Parties continued to pursue good faith negotiations. As of the close of business on October 6, 2017, the parties failed to reach a mutually acceptable resolution to the matters as required by the Extension Letter.

Therefore, pursuant to the terms of the Extension Letter, the Notice became effective at midnight on October 6, 2017, and the Agreement shall be deemed terminated, effective October 6, 2017. Further, pursuant to Section 7(b)(i) of the Agreement, payment of the Revenue Deficiency of $13,142,039 is deemed due and payable on October 24, 2017. An invoice with supporting documentation of the Revenue Deficiency is attached hereto for your records.

If you have any further questions or concerns regarding this letter, please contact Jeff Felberg at 210-626-4728.

Sincerely,

Approved as to Form
BUF

Karma M. Thomson
Vice President, Logistics

Enclosures

cc. Basin Transload, LLC
Attn: General Counsel
800 South Street Suite 200
Waltham, MA 02453
Phone: 781-398-4211
Facsimile: 781-398-9211
e-mail: efaneuil@globalp.com

Tesoro High Plains Pipeline Company LLC
19100 Ridgewood Parkway
San Antonio, TX 78259
Billing Questions: 1(866)876-2455
billingservices@andeavor.com

# INVOICE

**INV #** 921198136 **INV Date:** 10/09/17
**BOL/REF#** **Ship Date:**
**MOV REF#**
**PLANT:** P019 PL-HIGH PLAINS PIPEL

**PAYMENT DUE DATE** 10/24/17

**Remit To:** WIRE TRANSFER IN US DOLLARS
For: Andeavor Logistics LP
Bank of America , NA
SWIFT/BIC BOFAUS3N
ABA# 026009593 Acct# 4427149883

**Terms:** Net 15 from Invoice Date

**CUST.#** 111801
**FAX#** 406-652-8320
**BILL TO:**
BASIN TRANSLOAD, LLC
RAY SHELDON
P.O. BOX 80284
BILLINGS MT 59108

**SHIP TO:** 330622
BASIN TRANSLOAD, LLC
BILLINGS/CENTENNIAL , MT
USA

| VESSEL | PO NUMBER | MODE OF TRANSPORT |
|---|---|---|
| | | PL |

| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Revenue Deficiency | | | | | | |
| Copy of invoice will also be sent to Mark Romaine. | | | | | | |
| 2076 | Williston Basin Sweet Cru | GAL | 1.000 * | 1.000 | | |
| | Manual Base Price | GAL | 1.000 | | | |
| | Terminalling Min Qty | GAL | | | 0.0000 | 13,142,039.00 |

**INVOICE TOTAL** **USD** **13,142,039.00**



All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the period a balance is past due may be applied to any amount owed by purchaser at sellers discretion.

andeavor

**Beulah Revenues by Month Since Start-Up**

**Total Estimated Costs for Phase 1 and 2 : $25 million**

| Description | Project Cost | Monthly Revenue | Net Balance for Capital Recovery |
|---|---|---|---|
| Actual Phase 1 Costs: | $ 13,059,881 | ← AFE | |
| Phase 1 Agreed Return (12%) | $ 1,567,186 | | |
| Phase 1 Indemnified Costs | $ 14,627,066 | | |
| Phase 1 Commencement: | Jan 1, 2015 | | |
| Term: | 5 Years | | |
| Phase 2 Commencement: | N/A | | |
| Month: | | | |
| Jan-2015 | | $ - | $ 14,627,066 |
| Feb-2015 | | $ 50,621 | $ 14,576,445 |
| Mar-2015 | | $ 57,169 | $ 14,519,276 |
| Apr-2015 | | $ 178,771 | $ 14,340,505 |
| May-2015 | | $ 124,567 | $ 14,215,939 |
| Jun-2015 | | $ 56,845 | $ 14,159,093 |
| Jul-2015 | | $ 23,550 | $ 14,135,543 |
| Aug-2015 | | $ 116,056 | $ 14,019,488 |
| Sep-2015 | | $ 120,056 | $ 13,899,432 |
| Oct-2015 | | $ 35,516 | $ 13,863,916 |
| Nov-2015 | | $ 98,865 | $ 13,765,050 |
| Dec-2015 | | $ 121,114 | $ 13,643,936 |
| Jan-2016 | | $ 58,685 | $ 13,585,251 |
| Feb-2016 | | $ 89,219 | $ 13,496,032 |
| Mar-2016 | | $ 136,196 | $ 13,359,836 |
| Apr-2016 | | $ 108,324 | $ 13,251,512 |
| May-2016 | | $ 4,744 | $ 13,246,768 |
| Jun-2016 | | $ - | $ 13,246,768 |
| Jul-2016 | | $ - | $ 13,246,768 |
| Aug-2016 | | $ 51,209 | $ 13,195,559 |
| Sep-2016 | | $ - | $ 13,195,559 |
| Oct-2016 | | $ - | $ 13,195,559 |
| Nov-2016 | | $ - | $ 13,195,559 |
| Dec-2016 | | $ 31,397 | $ 13,164,162 |
| Jan-2017 | | $ 22,122 | $ 13,142,039 |
| Feb-2017 | | $ - | $ 13,142,039 |
| Mar-2017 | | $ - | $ 13,142,039 |
| Apr-2017 | | $ - | $ 13,142,039 |
| May-2017 | | $ - | $ 13,142,039 |
| Jun-2017 | | $ - | $ 13,142,039 |
| Jul-2017 | | $ - | $ 13,142,039 |
| Total Revenue since Start-Up | | $ 1,485,027 | |