# EXHIBIT E

Tesoro High Plains Pipeline Company LLC
19100 Ridgewood Parkway
San Antonio, Texas 78259

October 24, 2017

Global Partners LP
Attn: Chief Operating Officer
800 South Street, Suite 200
Waltham, MA 02453
***Via UPS and via email:*** mromaine@globalp.com

Re: Payment Demand under Irrevocable Limited Guaranty Agreement dated April 3, 2014 ("Guaranty")

Dear Mr. Romaine:

Tesoro High Plains Pipeline Company LLC ("THPP") and Basin Transload, LLC ("Basin") are parties to that certain Construction and Indemnity Agreement entered into as of March 31, 2014 (the "Agreement"). Pursuant to the Guaranty, Global Partners LP ("Guarantor") agreed to provide the Guaranty to provide assurances for payment of Basin's obligations under the Agreement, including any Revenue Deficiencies thereunder.

By letter dated October 9, 2017, THPP provided Basin with a Revised Notice of Termination of the Agreement and Final Invoice for Payment of Revenue Deficiency ("Termination Notice"). Pursuant to the Termination Notice, THPP cancelled the Agreement effective October 6, 2017, and pursuant to the terms of the Agreement, the Revenue Deficiency (as defined in the Agreement) of $13,142,039 was due and payable on October 24, 2017.

As of the close of business on October 24, 2017, Basin has failed to pay the Revenue Deficiency of $13,142,039. Therefore, pursuant to Section 6 of the Guaranty, THPP hereby provides notice to Guarantor of the demand made under the Agreement via the Termination Notice, with the amount of demand for the Revenue Deficiency of $13,142,039. THPP hereby calls upon Guarantor under the Guaranty for payment of the Guaranteed Obligations (as defined in the Guaranty).

Please make prompt payment of the Revenue Deficiency of $13,142,039 pursuant to Section 6 of the Guaranty.

If you have any further questions or concerns regarding this letter, please contact me at 210-626-7831.

Sincerely,

Karma M. Thomson

Approved as to Form

Karma M. Thomson
Vice President, Logistics

Enclosure

cc: Daphne Foster
Ed Faneuil

Tesoro High Plains Pipeline Company LLC
19100 Ridgeway Parkway
San Antonio, TX 78259
Billing Questions: 1(866)876-2455
billingservices@andeavor.com

# INVOICE

**INV #** 921198136 **INV Date:** 10/09/17
**BOL/REF#** **Ship Date:**
**MOV REF#**
**PLANT:** P019 PL-HIGH PLAINS PIPEL

**PAYMENT DUE DATE** 10/24/17

**Remit To:** WIRE TRANSFER IN US DOLLARS
For: Andeavor Logistics LP
Bank of America , NA
SWIFT/BIC BOFAUS3N
ABA# 026009593 Acct# 4427149883

**Terms:** Net 15 from Invoice Date

**CUST.#** 111801
**FAX#** 406-652-8320
**BILL TO:**
BASIN TRANSLOAD, LLC
RAY SHELDON
P.O. BOX 80284
BILLINGS MT 59108

**SHIP TO:** 330622
BASIN TRANSLOAD, LLC
BILLINGS/CENTENNIAL , MT
USA

| VESSEL | PO NUMBER | MODE OF TRANSPORT |
|---|---|---|
| | | PL |

| PROD | PRODUCT DESCRIPTION | UNIT | GROSS | NET | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Revenue Deficiency | | | | | | |
| Copy of invoice will also be sent to Mark Romaine. | | | | | | |
| 2076 | Williston Basin Sweet Cru | GAL | 1.000 * | 1.000 | | |
| | Manual Base Price | GAL | 1.000 | | | |
| | Terminalling Min Qty | GAL | | | 0.0000 | 13,142,039.00 |

**INVOICE TOTAL** **USD** **13,142,039.00**



All payments due within stated terms on this invoice. Payments due on Saturday will be due on Friday and payments due on Sunday will be due on Monday. If payment is not made when due purchaser is liable for all costs of collection, including reasonable legal fees and accrued interest at the maximum lawful rate allowed by the laws of the state in which delivery occurs. Any payments received by the seller during the period a balance is past due may be applied to any amount owed by purchaser at sellers discretion.

andeavor

Beulah Revenues by Month Since Start-Up

Total Estimated Costs for Phase 1 and 2 : $25 million

| Description | Project Cost | Monthly Revenue | Net Balance for Capital Recovery |
|---|---|---|---|
| Actual Phase 1 Costs: | $ 13,059,881 | ← AFE | |
| Phase 1 Agreed Return (12%) | $ 1,567,186 | | |
| Phase 1 Indemnified Costs | $ 14,627,066 | | |
| | | | |
| Phase 1 Commencement: | Jan 1, 2015 | | |
| Term: | 5 Years | | |
| Phase 2 Commencement: | N/A | | |
| | | | |
| Month: | | | |
| Jan-2015 | | $ - | $ 14,627,066 |
| Feb-2015 | | $ 50,621 | $ 14,576,445 |
| Mar-2015 | | $ 57,169 | $ 14,519,276 |
| Apr-2015 | | $ 178,771 | $ 14,340,505 |
| May-2015 | | $ 124,567 | $ 14,215,939 |
| Jun-2015 | | $ 56,845 | $ 14,159,093 |
| Jul-2015 | | $ 23,550 | $ 14,135,543 |
| Aug-2015 | | $ 116,056 | $ 14,019,488 |
| Sep-2015 | | $ 120,056 | $ 13,899,432 |
| Oct-2015 | | $ 35,516 | $ 13,863,916 |
| Nov-2015 | | $ 98,865 | $ 13,765,050 |
| Dec-2015 | | $ 121,114 | $ 13,643,936 |
| Jan-2016 | | $ 58,685 | $ 13,585,251 |
| Feb-2016 | | $ 89,219 | $ 13,496,032 |
| Mar-2016 | | $ 136,196 | $ 13,359,836 |
| Apr-2016 | | $ 108,324 | $ 13,251,512 |
| May-2016 | | $ 4,744 | $ 13,246,768 |
| Jun-2016 | | $ - | $ 13,246,768 |
| Jul-2016 | | $ - | $ 13,246,768 |
| Aug-2016 | | $ 51,209 | $ 13,195,559 |
| Sep-2016 | | $ - | $ 13,195,559 |
| Oct-2016 | | $ - | $ 13,195,559 |
| Nov-2016 | | $ - | $ 13,195,559 |
| Dec-2016 | | $ 31,397 | $ 13,164,162 |
| Jan-2017 | | $ 22,122 | $ 13,142,039 |
| Feb-2017 | | $ - | $ 13,142,039 |
| Mar-2017 | | $ - | $ 13,142,039 |
| Apr-2017 | | $ - | $ 13,142,039 |
| May-2017 | | $ - | $ 13,142,039 |
| Jun-2017 | | $ - | $ 13,142,039 |
| Jul-2017 | | $ - | $ 13,142,039 |
| | | | |
| Total Revenue since Start-Up | | $ 1,485,027 | |