**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GLOBAL PARTNERS LP<br><br>Plaintiff,<br><br>v.<br><br>TGC, L.P. and MBI HOLDINGS, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:20-cv-10346 |

**CORPORATE DISCLOSURE STATEMENT OF GLOBAL PARTNERS LP**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Global Partners LP, a non-governmental corporate party, states that it is a publicly traded master limited partnership. It has no parent entity. Invesco Ltd. is a publicly held corporation that owns 10% or more of Plaintiff's outstanding common stock.

February 20, 2020

Respectfully submitted,

GLOBAL PARTNERS LP

By its attorneys,

/s/Matthew J. Connolly

Matthew J. Connolly (BBO# 676954)
mconnolly@nutter.com
Patrick J. Maher (BBO# 703656)
pmaher@nutter.com
Nutter, McClennen & Fish LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Fax: (617) 310-9000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2020, a true copy of the above document was served via electronic means using the Court's Electronic Case Filing (ECF) system upon all registered ECF users, and paper copies will be sent to those indicated as non-registered participants.

/s/Matthew J. Connolly