Stark County
SHERIFF'S OFFICE
66 West Museum Drive / PO Box 130 / Dickinson, North Dakota 58601-0130
TELEPHONE 701.456.7610 / FACSIMILE 701.456.7692
SHERIFF COREY LEE

SOUTHWEST JUDICIAL DISTRICT

Return # 19184
Process # C202000527
Docket #
Reference #

STATE OF NORTH DAKOTA }
COUNTY OF STARK }

GLOBAL PARTNERS LP }
Plaintiff, }

- vs - }
TGC, L.P..; ET. AL. }
Defendants }

STARK COUNTY SHERIFF'S OFFICE RETURN OF SERVICE

I hereby certify that on the **11th day of March, 2020**, **a Summons and Complaint; Exhibits A,B,C,D,E and F**, in the above entitled action, came into my hand for service. That on the **11th day of March, 2020** at **3:29 PM**, in said county, **I did serve the documents on MBI HOLDINGS, LLC**.
By then and there delivering to and leaving with: **HAUCK, JESSI LEE (Employee/owner) and MBI HOLDINGS, LLC** at **755 30TH AVE SW, DICKINSON, ND 58601**

Please make checks payable to: STARK COUNTY SHERIFF'S OFFICE

**Comments**

**Date Returned 3/11/20**

**Signed** Ralph Poikus **Date** 03-11-2020

Corey Lee
Stark County Sheriff
By: Deputy Ralph Poikus
66 MUSEUM DRIVE WEST
DICKINSON, ND 58601
Phone: