RETURN OF SERVICE

STATE OF MONTANA )

): ss Case No. 1:20-CV-10346-MPK

County of Yellowstone )

I HEREBY CERTIFY that I received the annexed CIVIL COVER SHEET, COMPLAINT AND JURY DEMAND, EXHIBITS, SUMMONS IN A CIVIL ACTION on the 10th day of March, 2020, and that I personally served the same upon James R. Bennett, authorized to accept on behalf of TGC, L.P., by delivering a copy of said documents on the 10th day of March, 2020, at the hour of 4:57 PM, at 3529 Gabel Road, Billings in the County of Yellowstone, State of Montana.

DATED at Billings, Montana, this 11th day of March, 2020.

| | |
|---|---|
| SERVICE: | $70.00 |
| MILEAGE: | $10.00 |
| TOTAL: | $80.00 |

Rochelle Mica Morken
Licensed Process Server #31949
State of Montana

G N ACCOUNT SERVICES, INC
P.O. Box 50099
Billings, Montana 59105
(406) 256-5389

SWORN AND SUBSCRIBED to before me this 11th day of March, 2020.

MELISSA E. STEWART
NOTARY PUBLIC
for the State of Montana
Residing at Billings, Montana
My Commission Expires
August 04, 2023

MELISSA E. STEWART NOTARIAL SEAL STATE OF MONTANA