# EXHIBIT D

GLOBAL

GLOBAL PARTNERS LP 800 South Street P.O. Box 9161 Waltham, MA 02454-9161 ph: 781-894-8800 fx: 781-398-9000

November 6, 2018

**<u>By Email and Federal Express</u>**

James R. Arthaud
Chief Executive Officer
MBI Holdings, LLC
103 5th Street East
Dickinson, ND 58601

Re: <u>Basin Transload, LLC</u>

Dear Jim:

I write in response to your October 30, 2018 letter. Global is prepared to speak to each member's issues and endeavor to reach an amicable outcome that is in the best interests of Basin and its members.

To that end, attached is a Notice of Meeting of the Board of Directors to be held on Thursday, November 15, 2018, and an accompanying agenda. The agenda includes a discussion of Basin's management, preliminary discussion of the 2019 annual budget, a possible member buyout, and resolution of the Tesoro obligation. We will accelerate the annual budget meetings, which historically have been between Jim Bennett and Bill Davidson in December of each year, and notice the board accordingly.

Your letter claims that "prospective new customers are not willing to do business with the Company as currently configured, with day-to-day management in Global's hands." Had you raised this claim earlier with respect to "prospective new customers", the members could have discussed your concerns earlier. There are several options available to the members well short of dissolution. Among other things, your and TGC's untimely responses to business opportunities have hindered Basin's ability to commit to available opportunities. We look forward to addressing these issues at the special meeting.

I note your reference to an equitable dissolution in the Delaware Court of Chancery if the members cannot improve their business relationship. As an initial matter, Section 10.2 of the LLC Agreement requires that the members resolve any "Disputes" through binding arbitration. If the members cannot resolve their agreements among themselves, we fully expect you to comply with this section. Further, we reject the notion that equitable dissolution is available on these facts. Global will vigorously contest any attempt to seek such an extreme remedy, and we expect that the Court of Chancery will quickly dismiss the case.

Global reserves all rights and remedies available to it in law or in equity. Nothing in this

letter should be construed as accepting your proposed "framework" or that dissolution is the best path forward. And Global expressly maintains the right to demand that you and TGC reimburse Global for the Guaranty Payment made to Tesoro in October 2017. You agreed to do so under the April 3, 2014 letter agreement among the members (a copy of which is attached).

I look forward to finding an amicable path forward.

Very truly yours,

Eric Slifka

Enclosures

cc: Jim Bennett
Tony Hauck
William Davidson
Edward Faneuil, Esq.
Phil Segaloff, Esq.
Matthew Connolly, Esq., Nutter McClennen & Fish LLP
Paul Eklund, Esq., Nutter McClennen & Fish LLP
A. Thompson Bayliss, Esq., Abrams & Bayliss LLP