**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GLOBAL PARTNERS LP<br><br>Plaintiff,<br><br>vs.<br><br>TGC, L.P. and MBI HOLDINGS, LLC<br><br>Defendants. | Case No. 1:20-cv-10346 |

**<u>CORPORATE DISCLOSURE STATEMENT OF MBI HOLDINGS, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MBI Holdings, LLC ("MBI") states that it has no parent entity. No publicly held corporation owns ten percent (10%) or more of MBI's stock.

Dated: March 31, 2020

Respectfully submitted,

MBI Holdings, LLC

By its attorneys,

/s/ *Jack W. Pirozzolo*

Jack W. Pirozzolo (BBO # 564879)
**Sidley Austin LLP**
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0300
jpirozzolo@sidley.com

*Counsel for Defendants*

Penny P. Reid
preid@sidley.com
Texas Bar No. 15402570
New York Bar No. 5699

David Y. Sillers
dsillers@sidley.com
Texas Bar No. 24072341
**Sidley Austin LLP**
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
(214) 961-3300

*Counsel for Defendants, pro hac motion forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2020.

/s/ *Penny P. Reid*
Penny P. Reid