**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GLOBAL PARTNERS LP<br><br>Plaintiff,<br><br>v.<br><br>TGC, L.P. and MBI HOLDINGS, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:20-cv-10346 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Global Partners LP, by and through its counsel of record, hereby voluntarily dismisses all claims against defendants TGC, L.P. and MBI Holdings, LLC without prejudice. Neither an answer nor a motion for summary judgment has been filed.

April 10, 2020

Respectfully submitted,

GLOBAL PARTNERS LP

By its attorneys,

/s/Matthew J. Connolly
Matthew J. Connolly (BBO# 676954)
mconnolly@nutter.com
Patrick J. Maher (BBO# 703656)
pmaher@nutter.com
Nutter, McClennen & Fish LLP
Seaport West, 155 Seaport Blvd.
Boston, Massachusetts 02210
Telephone: (617) 439-2000
Fax: (617) 310-9000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2020, a true copy of the above document was served via electronic means using the Court's Electronic Case Filing (ECF) system upon all registered ECF users, and paper copies will be sent to those indicated as non-registered participants.

/s/Matthew J. Connolly